UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BREEZE SMOKE LLC,

    Plaintiff,

v.

Case No. 24-cv-12467
Hon. Matthew F. Leitman

NEW WAVE ENTERPRISE LLC,

    Defendant.

_____/

**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Now pending before the Court is Plaintiff's motion for preliminary injunction. The Court has entered an order scheduling deadlines for the completion of certain discovery related to the pending motion. All of that discovery is to be completed by April 7, 2025. Thereafter, **by not later than April 18, 2025**, Plaintiff shall file a supplemental brief in further support of its motion for preliminary injunction. That supplemental brief shall be limited to addressing evidence developed during discovery and shall not repeat arguments made by Plaintiff in briefing that has already been filed with the Court. **By not later than May 5, 2025**, Defendant shall file a comprehensive brief in opposition to the pending motion. The Court will convene the preliminary injunction hearing at **9:30 a.m. on Friday, May 9, 2025**, in Courtroom 207 of the Theodore Levin United States Courthouse in

Detroit. The parties should be prepared to present evidence, testimony, and argument at the hearing.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 20, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 20, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126