UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BREEZE SMOKE LLC,

    Plaintiff,

v.

Case No. 24-cv-12467
Hon. Matthew F. Leitman

NEW WAVE ENTERPRISE LLC,

    Defendant.
_____/

### ORDER MODIFYING DATES SET IN PREVIOUS SCHEDULING ORDER (ECF No. 32)

On February 18, 2025, the Court entered an order memorializing rulings issued during a status conference held on February 14, 2025 (the "2/18 Order"), in which it set certain deadlines. The Court held a second status conference on March 12, 2025. After the second conference, it entered an order modifying the dates set in the 2/18 Order (the "3/12 Order"). The Court held a third status conference on April 1, 2025. For the reasons explained on the record during the April 1, 2025, conference, **IT IS HEREBY ORDERED** that the deadlines set in the 3/12 Order (ECF No. 32) are modified as follows:

1. Defendant shall respond to the discovery requests identified in Plaintiff's motion to expedite discovery (ECF Nos. 25, 25-2, 25-3) by **not later than close of business on April 4, 2025**.

1

2. The deposition of Defendant's principal and corporate representative currently scheduled for April 3, 2025, shall be rescheduled to a date and time **not later than April 11, 2025**. That deposition shall occur in-person in Detroit, Michigan. The cost of the witness's travel to and from Detroit shall be at the witness's own expense.

3. All other dates set by the Court in the previous scheduling orders (ECF Nos. 27, 32) and in the order setting briefing schedule and hearing date (ECF No. 28) remain the same.

The Court does not anticipate extending again the deadlines that it has set in this Order or any of the other deadlines it has set in this case.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>MATTHEW F. LEITMAN<br>UNITED STATES DISTRICT JUDGE

Dated: April 2, 2025