UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BREEZE SMOKE LLC,

    Plaintiff,

v.

Case No. 24-cv-12467
Hon. Matthew F. Leitman

NEW WAVE ENTERPRISE LLC,

    Defendant.

_____/

### ORDER CONCERNING STATUS CONFERENCE AND PROHIBITING ADDITIONAL FILINGS BY EITHER PARTY UNTIL FURTHER ORDER OF THE COURT

On May 9, 2025, the Court announced on the record that it will be entering an injunction requested by Plaintiff Breeze Smoke LLC. For reasons explained on the record that same day, the Court explained that it would be entering the injunction without having received briefing and/or argument from Defendant New Wave Enterprises LLC. New Wave had missed the deadline for filing a response to the motion and failed to appear at the hearing. New Wave had moved to adjourn the hearing and extend the briefing deadline, but for the reasons explained in detail on the record, the Court denied both of those requests.

As the Court further explained on the record, the Court concludes that it would be appropriate to convene an in-person status conference and to hear argument from New Wave as to whether it should be permitted to mount a challenge to the

1

injunction and, if so, on what terms. Breeze Smoke will be given the opportunity at the status conference to respond and note any objections. The Court further concludes that it would be helpful to discuss with the parties at a status conference the next steps to be taken in this action and an appropriate schedule for moving the action forward.

Accordingly, the Court will have its staff contact counsel in order to schedule an in-person status conference to be held at some time after June 2, 2025. In the meantime, the Court prohibits both parties from making additional filings with the Court until further order of the Court (which shall be entered promptly after the to-be-scheduled status conference). The Court is prohibiting additional filings based upon its conclusion that the most sensible path forward is to convene in person with counsel and to hash out, in a single proceeding, all issues concerning the injunction, the schedule, and all other open issues in this action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 9, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 9, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
