UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BREEZE SMOKE LLC,

     Plaintiff,

                                    Case No. 24-cv-12467
v.                                  Hon. Matthew F. Leitman

NEW WAVE ENTERPRISE LLC,

     Defendant.

_____/

## ORDER (1) GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT NEW WAVE'S COUNTERCLAIMS (ECF No. 35) AND (2) DENYING DEFENDANT'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION (ECF No. 61)

On October 17, 2025, the Court held a hearing on Plaintiff Breeze Smoke LLC's Motion to Dismiss Defendant New Wave's Counterclaims (ECF No. 35). The Court also addressed New Wave's pending Motion to Dissolve the Preliminary Injunction (ECF No. 61).  For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

(1) Plaintiff's Motion to Dismiss Defendant New Wave's Counterclaims (ECF No. 35) is **GRANTED**.  The now-pending counterclaims are **DISMISSED**. New Wave may may file a properly supported motion to amend and add new counterclaims.

(2) Defendant's Motion to Dissolve the Preliminary Injunction (ECF No. 61) is

DENIED.  This denial is without prejudice to New Wave's ability to file a

subsequent motion seeking relief from the preliminary injunction.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on October 17, 2025, by electronic means and/or ordinary
mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126