UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BREEZE SMOKE LLC,

Plaintiff,

v.

Case No. 24-cv-12467
Hon. Matthew F. Leitman

NEW WAVE ENTERPRISE LLC,

Defendant.
______________________________________/

**ORDER (1) GRANTING PLAINTIFF'S MOTION TO STAY PRETRIAL DEADLINES (ECF No. 79); AND (2) DENYING DEFENDANT'S MOTION TO AMEND/CORRECT ORDER ON MOTION FOR SUMMARY JUDGMENT (ECF No. 80)**

On October 30, 2026, the Court held a hearing on Plaintiff Breeze Smoke LLC's Motion to Stay Pretrial Deadlines (ECF No. 79) and Defendant New Wave Enterprise LLC's Motion to Amend/Correct Order on Motion for Summary Judgment (ECF No. 80). For the reasons stated on the record at that hearing, **IT IS HEREBY ORDERED** as follows:

- Plaintiff's Motion to Stay Pretrial Deadline (ECF No. 79) is **GRANTED**. All remaining dates on the Court's case management order are hereby cancelled. The Court will proceed according to the following schedule. By no later than November 23, 2026, Plaintiff may file a motion for permanent injunction and

a motion for attorney's fees. If Plaintiff files those motions, Defendant shall respond by no later than January 4, 2027.

- Defendant's Motion to Amend/Correct Order on Motion for Summary Judgment (ECF No. 80) is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 2, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126